■ FRANK DANIELENKO et al. v KINNEY RENT A CAR, INC., et al., (And a Third-Party Action.) — Motion for leave to appeal to the Court of Appeals granted, on condition the appeal is perfected within 45 days after the date of entry of this order and the following question certified: "Was the resettled order and interlocutory judgment of the Supreme Court, as affirmed by this court, properly made?" Concur — Murphy, P. J., Kupferman, Sandler, Markewich and Lupiano, JJ.